LATHAM & WATKINS LLP
  Patrick E. Gibbs (Bar No. 183174)
  *patrick.gibbs@lw.com*
  Allison S. Davidson (Bar No. 267964)
  *allison.davidson@lw.com*

140 Scott Drive
Menlo Park, California  94025
Telephone:  +1.650.463.2690
Facsimile:  +1.650.463.2600

Attorneys for Defendants
Credit Suisse International and Credit
Suisse Securities (USA) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK LEEVAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE INTERNATIONAL, a foreign company; CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company; and DOES 1-100<br><br>Defendants. | CASE NO.: 4:13-cv-02783-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:13-cv-02783-SBA

1

2   WHEREAS, Plaintiff Mark Leevan filed a Complaint against Defendants Credit Suisse

3  International and Credit Suisse Securities (USA) LLC on June 17, 2013 (the "Action");

4   WHEREAS, Defendant Credit Suisse Securities (USA) LLC was served with the

5  summons and complaint on July 17, 2013;

6   WHEREAS, the undersigned parties anticipate that additional complaints may be filed,

7  and a Lead Plaintiff and Lead Counsel will need to be appointed;

8   WHEREAS, the case management conference is currently scheduled before this Court on

9  September 18, 2013 at 2:30 PM;

10   NOW, THEREFORE, in the interest of judicial economy and good cause showing, the

11  parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the

12  Court hereby orders, as follows:

13   (1) Defendants need not respond to the complaint filed on June 17, 2013;

14   (2) After the appointment of a Lead Plaintiff and Lead Counsel, Defendants and Lead

15  Plaintiff shall meet and confer to determine a schedule for the filing of an amended complaint,

16  and Defendants' response thereto.  The parties will file a stipulated schedule for approval by the

17  Court; and

18   (3) The case management conference currently scheduled for September 28, 2013 at

19  2:30 PM shall be continued until January 16, 2014 at 3:00 PM, with the other dates set by the

20  Order Setting Initial Case Management Conference and ADR Deadlines continued accordingly;

21  and

22   (4) No party is waiving any rights, claims, or defenses of any kind except as

23  expressly stated herein.

24   The parties respectfully request that the Court enter an Order approving this Stipulation.

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:13-cv-02783-SBA

1  IT IS SO STIPULATED.

2

3                                                          Respectfully submitted,

4

5  Dated: August 22, 2013                                  LATHAM & WATKINS LLP

6

7                                                          By: /s/ Patrick E. Gibbs
                                                           Patrick E. Gibbs
8                                                          Attorneys for Defendants
                                                           CREDIT SUISSE
9                                                          INTERNATIONAL AND CREDIT
                                                           SUISSE SECURITIES (USA) LLC
10

11 Dated: August 22, 2013                                  NASSIRI & JUNG LLP

12

13                                                         By: /s/ Kassra P. Nassiri
                                                           Kassra P. Nassiri
14                                                         Attorneys for Plaintiff
                                                           MARK LEEVAN

15

16                                        **ORDER**

17        PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties shall meet and

18 confer prior to the conference and shall prepare a joint Case Management
   Conference Statement which shall be filed no later than seven  (7) days prior
19 to the Case Management Conference  that complies with the Standing Order For
   All Judges Of The Northern District Of California and the Standing Order of
20 this Court.  Plaintiffs shall be responsible for filing the statement as well
21 as for arranging the conference call.  All parties shall be on the line and
   shall call (510) 637-3559 at the above indicated date and time.
22

23 Dated:  _____9/3/2013_____         _____/s/ Saundra B. Armstrong_____
                                          THE HONORABLE
24                                        SAUNDRA B. ARMSTRONG
                                          United States District Judge
25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:13-cv-02783-SBA

## ATTESTATION CLAUSE

I, Patrick Gibbs, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond and Continuing Case Management Conference pursuant to Civil Local Rule 5-1.  I hereby attest that Kassra Nassiri has concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 22 day of August, 2013 at Menlo Park, California.

By: /s/ Patrick E. Gibbs
Patrick E. Gibbs
Attorneys for Defendants
CREDIT SUISSE INTERNATIONAL AND CREDIT SUISSE SECURITIES (USA) LLC

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:13-cv-02783-SBA