Thomas L. Laughlin IV
Deborah Clark-Weintraub
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: tlaughlin@scott-scott.com
         dweintraub@scott-scott.com

*Counsel for Lead Plaintiffs*
[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLARD A. SHARRETTE, DAVID GOLDMAN, and ESTA GOLDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE INTERNATIONAL, a foreign company; CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company; and DOES 1-100,<br><br>Defendants. | Case No. 4:13-cv-02783-SBA<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE NUNC PRO TUNC AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Hon. Saundra Brown Armstrong |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs hereby submit this Stipulation and [Proposed] Order Regarding Their Motion for Administrative Relief to File *Nunc Pro Tunc* an Oversized Brief in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint.

WHEREAS, on April 4, 2014, Defendants filed a Motion to Dismiss the Consolidated Amended Complaint (ECF No. 53);

WHEREAS, on June 10, 2014, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint (ECF No. 58), which Opposition is four pages in excess of the page limit specified by this Court's Standing Orders;

WHEREAS, Plaintiffs notified Defendants of their intent to file a Motion for Administrative Relief to File *Nunc Pro Tunc* an Oversized Brief in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint; and

WHEREAS, Defendants do not oppose Plaintiffs' Motion for Administrative Relief to File *Nunc Pro Tunc* an Oversized Brief in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint, as long as Defendants also receive an additional four pages for their reply brief;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties through their respective counsel of record, that:

1. Plaintiffs shall be granted the right to file *nunc pro tunc* an oversized brief in opposition to Defendant's Motion to Dismiss the Consolidated Amended Complaint, which brief will be nineteen (19) pages in length; and

2. Defendants shall be granted the right to file a reply brief that shall not exceed fourteen (14) pages in length, a four-page increase commensurate with the additional pages granted to Plaintiffs.

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
4:13-cv-02783-SBA

STIPULATED AND AGREED TO:


DATED: June 19, 2014                      SCOTT+SCOTT, Attorneys at Law, LLP

                                          By: */s/ Thomas L. Laughlin IV*
                                          Thomas L. Laughlin IV
                                          Deborah-Clark Weintraub
                                          SCOTT+SCOTT, Attorneys at Law, LLP
                                          The Chrysler Building
                                          405 Lexington Avenue, 40th Floor
                                          New York, NY  10174
                                          Tel:  (212) 223-6444
                                          Fax:   (212) 223-6334
                                          Email: dweintraub@scott-scott.com
                                                   tlaughlin@scott-scott.com

                                          Stephen J. Teti
                                          SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                          156 South Main Street
                                          P.O. Box 192
                                          Colchester, CT 06415
                                          Tel: (860) 537-5537
                                          Fax: (860) 537-4432
                                          Email: steti@scott-scott.com

                                          Hal Cunningham
                                          SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                          707 Broadway, Suite 1000
                                          San Diego, California 92101
                                          Tel.: (619) 233-4565
                                          Fax: (619) 233-0508
                                                   Email: hcunningham@scott-scott.com

                                          LEWIS & ROBERTS, PLLC
                                          Gary V. Mauney
                                          James A. Robert III
                                          One Southpark Center
                                          6060 Piedmont Row Drive South, Suite 140
                                          Charlotte, NC 28287
                                          Tel: (704) 347-8990
                                          Fax: (704) 347-8929
                                          garymauney@lewis-roberts.com
                                          JimRoberts@lewis-roberts.com

                                          *Counsel for Lead Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
                                                                       4:13-cv-02783-SBA

| | | |
|---|---|---|
| 1 | DATE: June 19, 2014 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: */s/ Allison S. Davison* <br> Allison S. Davidson (267964) |
| 4 | | Patrick E. Gibbs (183174) <br> 140 Scott Drive |
| 5 | | Menlo Park, California 94025 <br> Tel: (650) 470-4600 |
| 6 | | Fax: (415) 534-3200 <br> patrick.gibbs@lw.com |
| 7 | | allison.davidson@lw.com |
| 8 | | *Counsel for Credit Suisse International and Credit Suisse Securities (USA) LLC* |
| 9 | | |
| 10 | | |
| 11 | PURSUANT TO THIS STIPULATION, IT IS SO ORDERED | |
| 12 | DATED:       6/25/2014 | |
| 13 | | HON. SAUNDRA BROWN ARMOSTRONG |
| 14 | | UNITED STATES DISTRICT JUDGE |

28  STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

4:13-cv-02783-SBA

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   I hereby certify that on June 19, 2014, I caused the foregoing to be electronically filed

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4 to the email addresses denoted on the Electronic Mail Notice List.

5   I certify under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct.

7   Executed this 19th day of June, 2014 at New York, New York.

8
9   <u>/s/ Thomas L. Laughlin</u>
    Thomas L. Laughlin
10  SCOTT+SCOTT, Attorneys at Law, LLP
    The Chrysler Building
11  405 Lexington Avenue, 40th Floor
    New York, NY  10174
12  Tel:  (212) 223-6444
    Fax:   (212) 223-6334
13  tlaughlin@scott-scott.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF TO FILE *NUNC PRO TUNC* AN OVERSIZED BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT
4:13-cv-02783-SBA