Thomas L. Laughlin IV
Deborah-Clark Weintraub
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY  10174
Tel:  (212) 223-6444
Fax:   (212) 223-6334
Email: tlaughlin@scott-scott.com
        dweintraub@scott-scott.com

*Counsel for Lead Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLARD A. SHARRETTE, DAVID GOLDMAN, and ESTA GOLDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE INTERNATIONAL, a foreign company, CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company, and DOES 1-100,<br><br>Defendants. | Case No. 4:13-cv-02783-SBA<br><br>**STIPULATION, DECLARATION, AND ORDER TO CONTINUE ORAL ARGUMENT AND CASE MANAGEMENT CONFERENCE**<br><br>Date:  July 24, 2014<br>Time:  3:00 p.m.<br>Judge:  Hon. Saundra Brown Armstrong<br>Courtroom: 1, 4th Floor |

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT
AND CASE MANAGEMENT CONFERENCE

1    WHEREAS, pursuant to stipulation of the parties and the Court's Order on December 24, 2013 (ECF No. 46), the initial case management conference was continued to July 24, 2014 at 3:00 pm;

4    WHEREAS, on February 3, 2014, Lead Plaintiffs filed a Consolidated Amended Complaint (ECF No. 48);

6    WHEREAS, Defendants Credit Suisse International and Credit Suisse Securities (USA) LLC ("Defendants") filed a Motion to Dismiss the Consolidated Amended Complaint ("Motion to Dismiss") on April 4, 2014 (ECF No. 53), and the hearing for the Motion to Dismiss is set for September 9, 2014 (ECF No. 62);

10   WHEREAS, as detailed in the accompanying Declaration of Thomas Laughlin, counsel for Lead Plaintiffs, a conflict has arisen with respect to the September 9, 2014 hearing date for the Motion to Dismiss in that the Ninth Circuit has scheduled oral argument in another case for that date; and

14   WHEREAS, the parties agree that the interests of judicial economy and efficiency would best be served by postponing the case management conference until after the hearing on the Motion to Dismiss;

17   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties through their respective counsel of record, that:

1. The oral argument in this matter currently scheduled for September 9, 2014 be continued to September 16, 2014, at 1:00 p.m., or another date that is convenient for the Court.

2. The case management conference in this matter currently scheduled for July 24, 2014 be continued to September 24, 2014, at 3:00 pm, or another date that is convenient for the Court and which post-dates oral argument.

3. All other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly.

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT AND CASE MANAGEMENT CONFERENCE

1

4:13-cv-02783-SBA

1    IT IS SO STIPULATED.

2

3                                             Respectfully submitted,

4  DATED: July 9, 2014                        SCOTT+SCOTT, Attorneys at Law, LLP

5                                             By: */s/ Thomas L. Laughlin IV*
                                              Thomas L. Laughlin IV
6                                             Deborah-Clark Weintraub
                                              SCOTT+SCOTT, Attorneys at Law, LLP
7                                             The Chrysler Building
                                              405 Lexington Avenue, 40th Floor
8                                             New York, NY  10174
                                              Tel:  (212) 223-6444
9                                             Fax:   (212) 223-6334
                                              Email:  dweintraub@scott-scott.com
10                                                    tlaughlin@scott-scott.com

11
                                              Gary V. Mauney
12                                            James A. Robert III
                                              LEWIS & ROBERTS, PLLC
13                                            One Southpark Center
                                              6060 Piedmont Row Drive South, Suite 140
14                                            Charlotte, NC 28287
                                              Tel: (704) 347-8990
15                                            Fax: (704) 347-8929
                                              Email: garymauney@lewis-roberts.com
16                                                    JimRoberts@lewis-roberts.com

17

18                                            *Counsel for Lead Plaintiffs*

19  DATE: July 9, 2014                        LATHAM & WATKINS LLP

20
                                              By: */s/ Allison S. Davidson*
21                                            Allison S. Davidson (267964)
                                              Patrick E. Gibbs (183174)
22                                            140 Scott Drive
                                              Menlo Park, California 94025
23                                            Tel: (650) 470-4600
                                              Fax: (415) 534-3200
24                                            Email: patrick.gibbs@lw.com
                                                     allison.davidson@lw.com
25

26                                            *Counsel for Credit Suisse International and Credit
                                              Suisse Securities (USA) LLC*
27

28

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT      2
AND CASE MANAGEMENT CONFERENCE
                                                                       4:13-cv-02783-SBA

1   Pursuant to Local Rule 6-2, this Stipulation is supported by the following Declaration of
2   Thomas Laughlin.

3   **DECLARATION OF THOMAS LAUGHLIN**

4   I, Thomas Laughlin, declare:

5   1.   I am an attorney at Scott+Scott, Attorneys at Law, LLP, counsel for Plaintiffs in
6   this action.  I have the principal responsibility for arguing on behalf of Lead Plaintiffs at oral
7   argument regarding Defendants' Motion to Dismiss.  I make this Declaration in support of the
8   parties' stipulation to continue the oral argument and case management conference scheduled in
9   this action.

10   2.   The parties have stipulated to these continuances at my request.

11   3.   Oral argument in this matter is presently scheduled for September 9, 2014.

12   4.   On July 3, 2014, the United States Court of Appeals for the Ninth Circuit
13   scheduled oral argument on September 9, 2014 in *Saginaw Police & Fire Pension v. Andreessen*,
14   No. 12-16473.  I am the attorney arguing that appeal.  I cannot ask the Ninth Circuit to
15   reschedule that hearing date as I have already done so once, when the oral argument was initially
16   scheduled during a trial pending in the United States District Court for the District of Maine, in
17   *Bankers' Bank Northeast v. Berry Dunn McNeil & Parker*, No. 12-cv-127.

18   I declare, under penalty of perjury, that the foregoing is true and correct.  Executed on
19   July 9, 2014 at New York, New York.

20   */s/ Thomas L. Laughlin, IV*
     Thomas L. Laughlin, IV

22   PURSUANT TO THIS STIPULATION IT IS SO ORDERED.

23   DATED: 7/10/2014

24   HON. SAUNDRA BROWN ARMSTRONG
25   UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2014 at New York, New York.

>	*/s/ Thomas L. Laughlin  IV*
>	Thomas L. Laughlin IV
>	SCOTT+SCOTT, Attorneys at Law, LLP
>	The Chrysler Building
>	405 Lexington Avenue, 40th Floor
>	New York, NY  10174
>	Tel:  (212) 223-6444
>	Fax:   (212) 223-6334
>	tlaughlin@scott-scott.com

STIPULATION, DECLARATION, AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT AND CASE MANAGEMENT CONFERENCE

4

4:13-cv-02783-SBA