1  Hal Cunningham
2  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   707 Broadway, Suite 1000
3  San Diego, California 92101
   Tel.: (619) 233-4565
4  Fax: (619) 233-0508
   Email: hcunningham@scott-scott.com
5
6  Thomas L. Laughlin IV
   Deborah Clark-Weintraub
7  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   The Chrysler Building
8  405 Lexington Avenue, 40th Floor
   New York, NY  10174
9  Tel:  (212) 223-6444
10 Fax: (212) 223-6334
   Email: tlaughlin@scott-scott.com
11        dweintraub@scott-scott.com

12 *Counsel for Lead Plaintiffs*
   [Additional counsel on signature page.]
13

                    UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
15

16

17 | WILLARD A. SHARRETTE, DAVID GOLDMAN, and ESTA GOLDMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:13-cv-02783-SBA |
   | --- | --- |
18 |  | **STIPULATION AND ORDER TO TRANSFER ACTION TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. §1404(a)** |
19 | Plaintiffs, |  |
20 | v. |  |
21 | CREDIT SUISSE INTERNATIONAL, a foreign company; CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company; and DOES 1-100, | Hon. Saundra Brown Armstrong |
22 |  |  |
23 |  |  |
24 | Defendants. |  |

25

26

27

28 STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO THE SOUTHERN
   DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. §1404(a)
                                                               4:13-cv-02783-SBA

Pursuant to Civil Local Rule 7-12, Plaintiffs hereby submit this Stipulation and [Proposed] Order to Transfer this Action to the Southern District of New York Pursuant to 28 U.S.C. §1404(a).

WHEREAS, on June 17, 2013, the above-captioned action was filed with this Court (ECF No. 1);

WHEREAS, on December 5, 2013, this Court appointed Lead Plaintiff and Lead Counsel in this Action (ECF No. 43);

WHEREAS, on February 3, 2014, Plaintiffs filed a Consolidated Amended Complaint (ECF No. 48);

WHEREAS, between April 4, 2014 and July 10, 2014, the Parties to this action fully briefed Defendants' Motion to Dismiss (*see* ECF Nos. 53-55, 58, and 65);

WHEREAS, on October 15, 2014, this Court entered an Order to Show Cause as to why this case should not be transferred to the United States District Court for the Southern District of New York (ECF No. 68);

WHEREAS, in its Order to Show Cause, the Court directed that "[a]lternatively, the parties may file a stipulation requesting that this case be transferred to the Southern District of New York under § 1404(a)"; and

WHEREAS, the parties have conferred and agree that this case should be transferred to the Southern District of New York;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by all parties through their respective counsel of record, that:

1. Pursuant to 28 U.S.C. §1404(a), this action shall be transferred to the United States District Court for the Southern District of New York.

STIPULATED AND AGREED TO:

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO THE SOUTHERN
DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. §1404(a)

4:13-cv-02783-SBA

| | |
|---|---|
| DATED: October 21, 2014 | SCOTT+SCOTT, Attorneys at Law, LLP |
| | |
| | By: */s/ Thomas L. Laughlin IV* |
| | Thomas L. Laughlin IV |
| | Deborah-Clark Weintraub |
| | SCOTT+SCOTT, Attorneys at Law, LLP |
| | The Chrysler Building |
| | 405 Lexington Avenue, 40th Floor |
| | New York, NY  10174 |
| | Tel:  (212) 223-6444 |
| | Fax:  (212) 223-6334 |
| | Email: tlaughlin@scott-scott.com |
| | dweintraub@scott-scott.com |
| | |
| | Stephen J. Teti |
| | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
| | 156 South Main Street |
| | P.O. Box 192 |
| | Colchester, CT 06415 |
| | Tel: (860) 537-5537 |
| | Fax: (860) 537-4432 |
| | Email: steti@scott-scott.com |
| | |
| | Hal Cunningham |
| | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
| | 707 Broadway, Suite 1000 |
| | San Diego, California 92101 |
| | Tel.: (619) 233-4565 |
| | Fax: (619) 233-0508 |
| | Email: hcunningham@scott-scott.com |
| | |
| | LEWIS & ROBERTS, PLLC |
| | Gary V. Mauney |
| | James A. Robert III |
| | One Southpark Center |
| | 6060 Piedmont Row Drive South, Suite 140 |
| | Charlotte, NC 28287 |
| | Tel: (704) 347-8990 |
| | Fax: (704) 347-8929 |
| | Email: garymauney@lewis-roberts.com |
| | JimRoberts@lewis-roberts.com |
| | |
| | *Counsel for Lead Plaintiffs* |

STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER ACTION TO THE SOUTHERN
DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. §1404(a)

4:13-cv-02783-SBA

| | | |
|---|---|---|
| 1 | DATED: October 21, 2014 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: */s/ Allison S. Davidson*<br>Allison S. Davidson (267964) |
| 4 | | Patrick E. Gibbs (183174)<br>140 Scott Drive |
| 5 | | Menlo Park, California 94025<br>Tel: (650) 470-4600 |
| 6 | | Fax: (415) 534-3200<br>Email: patrick.gibbs@lw.com |
| 7 | | allison.davidson@lw.com |
| 8 | | *Counsel for Credit Suisse International and Credit Suisse Securities (USA) LLC* |

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED

DATED:  October 21, 2014        /s/ Saundra B. Armstrong
                                HON. SAUNDRA BROWN ARMSTRONG
                                UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO THE SOUTHERN
DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. §1404(a)

4:13-cv-02783-SBA

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 21, 2014, I caused the foregoing to be electronically filed |
| 3 | with the Clerk of the Court using the CM/ECF system which will send notification of such filing |
| 4 | to the email addresses denoted on the Electronic Mail Notice List. |
| 5 | I certify under penalty of perjury under the laws of the United States of America that the |
| 6 | foregoing is true and correct. |
| 7 | Executed this 21st day of October, 2014 at New York, New York. |

                                              */s/ Thomas L. Laughlin*
                                              Thomas L. Laughlin
                                              SCOTT+SCOTT, Attorneys at Law, LLP
                                              The Chrysler Building
                                              405 Lexington Avenue, 40th Floor
                                              New York, NY  10174
                                              Tel:  (212) 223-6444
                                              Fax:   (212) 223-6334
                                              Email: tlaughlin@scott-scott.com

STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER ACTION TO THE SOUTHERN
DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. §1404(a)

4:13-cv-02783-SBA