**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ECD INVESTOR GROUP, et al.,

               Plaintiffs,

-against-

CEDIT SUISSE INTERNATIONAL, et al.,
               Defendants.
-------------------------------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2017

14 **CIVIL** 8486 (VM) (SN)

**JUDGMENT**

    Whereas this action having come before the Court, and the matter having come before the Honorable Sarah Netburn, United States Magistrate Judge, and the Court, on September 1, 2017, having rendered its Opinion and Order granting in part and denying in part Credit Suisse's <u>Daubert</u> motion as to Plaintiffs' expert David DeRosa and denying as moot as to Plaintiffs' expert Matthew Ringgenberg, denying Plaintiffs' motion for class certification, granting Credit Suisse's motion for summary judgment, and directing the Clerk of Court to enter judgment for the Defendants, and close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2017, Credit Suisse's <u>Daubert</u> motion is granted in part and denied in part as to Plaintiffs' expert David DeRosa and denied as moot as to Plaintiffs' expert Matthew Ringgenberg; Plaintiffs' motion for class certification is denied as moot; Credit Suisse's motion for summary judgment is granted and judgment is entered for the Defendants; accordingly, this case is closed.

**Dated:** New York, New York
          September 6, 2017

                                                       **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                               **BY:**
                                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/6/2017